No. 785. WENZEL & HENOCK CONSTRUCTION CO. *v.* METROPOLITAN WATER DISTRICT OF SOUTHERN CALIFORNIA. April 7, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Arthur E. Moreton* for petitioner. *Messrs. James H. Howard, Charles C. Cooper, Jr.,* and *James S. Bennett* for respondent.

No. 804. PARKER *v.* ILLINOIS. April 7, 1941. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Irving Breakstone* for petitioner. *Messrs. George F. Barrett,* Attorney General of Illinois, *Albert E. Hallett, Jr.,* and *James W. Breen,* Assistant Attorneys General, for respondent.

No. 806. HOUSTON LIGHTING & POWER CO. *v.* CITY OF WEST UNIVERSITY PLACE ET AL. April 7, 1941. Petition for writ of certiorari to the Supreme Court of Texas denied. *Messrs. W. P. Hamblen* and *Frank G. Coates* for petitioner. *Mr. Sam Davis* for respondents.

No. 807. EDWARD J. DARBY & SON, INC. *v.* ROTHENSIES, COLLECTOR OF INTERNAL REVENUE. April 7, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. G. Plantou Middleton* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Mr. Sewall Key* for respondent.

No. 808. CLAPP *v.* STEWART-WARNER CORPORATION. April 7, 1941. Petition for writ of certiorari to the Cir-